B1 (Official Form 1) (01/08)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF IDAHO | VOLUNTARY PETITION |
|---|---|
| NAME OF DEBTOR (If individual, enter Last, First, Middle):<br>TETON AIR RANCH LLC | NAME OF JOINT DEBTOR: (Spouse) (Last, First, Middle)<br>N/A |
| ALL OTHER NAMES used by the debtor in the last 8 years (include married, maiden, and trade names)<br>N/A | ALL OTHER NAMES used by the joint debtor in the last 8 years (include married, maiden, and trade names<br>N/A |
| LAST 4 DIGITS OF SOC.SEC. or INDIVIDUAL-TAXPAYER I.D. (ITIN) NO./COMPLETE EIN (If more than one, state all)   26-1375758 | LAST 4 DIGITS OF SOC.SEC. or INDIVIDUAL-TAXPAYER I.D. (ITIN) NO./COMPLETE EIN (If more than one, state all)   N/A |
| STREET ADDRESS OF DEBTOR (No. and Street, City, State, Zip)<br>201 E. Center Street<br>Pocatello ID 83201 | STREET ADDRESS OF DEBTOR (No. and Street, City, State, Zip)<br>N/A |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Bannock | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>N/A |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>POB 1391<br>Pocatello ID 83204-1391 | MAILING ADDRESS OF JOINT DEBTOR (If different from street address)<br>N/A |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above)<br>Real Property Located in Teton County | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box) | Nature of Business<br>(Check **one** box) | Chapter or Section of Bankruptcy Code under Which the Petition Is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC & LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☒ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 o the United States Code (the Internal Revenue Code). | ☐ Chapter 7          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debt**<br>(Check one box)<br>☐ Debts are primarily consumer Debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house- hold purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 111(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |

**Statistical/Administrative Information**   |   THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| **1-49** | **50-99** | **100-199** | **200-999** | **1,000-5,000** | **5,001-10,000** | **10,001-25,000** | **25,001-50,000** | **50,001-100,000** | **OVER 100,000** |

Estimated Assets

| ☐ $0 - $50,000 | ☐ $50,001 - $100,000 | ☐ $100,001 - $500,000 | ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 Million | ☒ $10,000,001 - $50 Million | ☐ $50,000,001 - $100 Million | ☐ $100,000,001 - $500 Million | ☐ $500,000,001 - $1 Billion | ☐ More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 - $50,000 | ☐ $50,001 - $100,000 | ☐ $100,001 - $500,000 | ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 Million | ☒ $10,000,001 - $50 Million | ☐ $50,000,001 - $100 Million | ☐ $100,000,001 - $500 Million | ☐ $500,000,001 - $1 Billion | ☐ More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** TETON AIR RANCH, LLC |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |

| **Pending Bankruptcy Case Filed by a Spouse, Partner, or Affiliate of the Debtor,** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor N/A | Case Number N/A | Date Filed N/A |
| District N/A | Relationship N/A | Judge N/A |

| **EXHIBIT A** | **EXHIBIT B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the Attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | /s/ ERIC L. OLSEN                              7/18/11<br>ERIC L. OLSEN, Attorney                   Date |

**EXHIBIT C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**EXHIBIT D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**INFORMATION REGARDING DEBTOR - VENUE**
(Check any applicable box)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in This District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If checked, complete the following.)

_____
(Name of Landlord that obtained Judgment)

_____
(Address of Landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> TETON AIR RANCH LLC |
|---|---|

## SIGNATURES

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of Debtor (Corporate/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition]. I have obtained and read the notice required by § 342(b) of the Bankruptcy Code. <br><br> I request relief of accordance with the chapter of title 11, United State Code, specified in this petition. <br><br> _____ <br> Signature of Debtor <br><br> _____ <br> Signature of Joint Debtor <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> /s/ COREY SIMON <br> Signature of Authorized Individual <br><br> COREY SIMON <br> Print or Type Name of Authorized Individual <br><br> Authorized Representative <br> Title of Individual Authorized by Debtor to File Petition <br><br> 7/18/11 <br> Date |
| **SIGNATURE OF ATTORNEY*** | **Signature of a Foreign Representative of a Recognized Foreign Proceeding** |
| /s/ ERIC L. OLSEN <br> ERIC L. OLSEN, Attorney for Debtor(s) <br><br> 7/18/11 <br> Date <br><br> *In a case which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after and inquiry that the information in the schedules is incorrect. <br><br> **ERIC L. OLSEN** <br> **ATTORNEY AT LAW** <br> **P.O. BOX 1391** <br> **POCATELLO, ID 83204-1391** <br> **(208) 232-6101** | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached. <br><br> _____ <br> Signature of Authorized Individual <br><br> _____ <br> Print or Type Name of Authorized Individual <br><br> _____ <br> Date |

RE:    TETON AIR RANCH LLC                                    Case No. _____

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of ___7___ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.


Date _____7/18/11_____    Signature __/s/ COREY SIMON_____

                                                                                          COREY SIMON_____
                                                                                         [Print or type name of individual signing on behalf of debtor]

*[As individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*